THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN L. FALCONER, Relator, v. RICHARD E. ENRIGHT, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, and writ dismissed,

with fifty dollars costs and disbursements. No opinion. Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.